ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Nov. 14, 2016
START: 2:00 pm
END: 2:25 pm

DOCKET NO: 16 CV 3127 (FB)
CASE: Mevorach v. Provident Life

- ☐ INITIAL CONFERENCE
- ☒ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

| PLAINTIFFS | ATTORNEY |
|---|---|
| | Eve-Lynn Gisonni |
| | |
| | |

| DEFENDANTS | ATTORNEY |
|---|---|
| | Rafael Vergara |
| | |
| | |

- ☐ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

For the reasons stated on the record, the Court (1) denies plaintiff's motion for sanctions and for an order requiring defendant to further supplement its discovery responses (DE #22); (2) grants defendant's motion to compel plaintiff to appear for his deposition (to be completed before Thanksgiving), but denies defendant's motion for sanctions (DE #23); and grants defendant's motion, on consent, for a narrative report from plaintiff's

expert (DE #26). Plaintiff's expert report must be served by December 2, 2016; defendant's response is due by January 3, 2017. Other than plaintiff's deposition, fact discovery is closed. The arbitrator is respectfully requested to schedule the arbitration hearing for a date in January 2017, preferably sooner rather than later.